IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | 1:20CR430-2 |
| | : | |
| JASON SHUANG XU | : | |

**JOINT STATUS REPORT**

Pursuant to the applicable Scheduling Order, Counsel for the defendant and

Counsel for the Government inform the Court as follows:

☐ A plea agreement has been signed and filed.

☒ The parties have agreed on a plea agreement. The defendant has agreed to plead guilty to an Information in case 1:20CR479-1 The instant charge will be dismissed as part of the plea agreement. The defendant has signed a plea agreement which will be filed on or before December 4, 2020.

☐ The defendant intends to plead guilty without a written plea agreement.

  *If any of the above three boxes is checked, check at least one box below:*
  ☒ the defendant consents to a video conference Rule 11 hearing.
  ☐ the defendant consents to a teleconference Rule 11 hearing.
  ☐ the defendant is or will be ready to proceed with a Rule 11 hearing as soon as an in-person hearing can be scheduled.

☐ The matter is not ready for Rule 11 hearing or trial because:
  ☐ there is a pending motion which must be resolved. The motion is on the docket at Doc.
    The motion ☐ does ☐ does not require a hearing at which the defendant must be present.
  ☐ There are outstanding discovery issues which must be resolved.

☐ The defendant does not intend to plead guilty and the case needs to be set for jury trial.
☐ The parties have discussed the requirements of the Speedy Trial Act and
  ☐ The Government [ ] has filed [ ] intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.
  ☐ There are no Speedy Trial Act issues.

☐ Other information relevant to scheduling:

☐ If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety:

This, the 1st day of December, 2020.


MATTHEW G.T. MARTIN           /S/CHRISTOPHER BEECHLER
United States Attorney              CHRISTOPHER BEECHLER
                                    Attorney for Defendant

/S/ SANDRA J. HAIRSTON
SANDRA J. HARISTON
NCSB # 14118
First Assistant United States Attorney
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
336/333-5351

2